Steven M. Johnson 726693
MD.DOC 30 [illegible] MD 21215-2342
MCI Norfolk Norfolk MA 02056-0043
(Respondent[s])

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

I, Steven M. Johnson, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

Are you presently employed?    Yes ____    No ✓

a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer.

_____

b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received.

Feb 20, 00

Have you received, within the past twelve months, any money from any of the following sources?

a. Business, profession or form of self-employment?    Yes ____    No ✓
b. Rent payments, interest or dividends?    Yes ____    No ✓
c. Pensions, annuities or life insurance payments?    Yes ____    No ✓
d. Gifts or inheritances?    Yes ____    No ✓
e. Any other sources?    Yes ____    No ✓

If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.

_____

Do you own any cash, or do you have money in a checking or savings account?    Yes ✓    No ____
(Include any funds in prison accounts)

If the answer is yes, state the total value of the items owned. 150.00 Savings

_____

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?    Yes ____    No ✓

If the answer is yes, describe the property and state its approximate value. _____

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20040827 15:02

| | | | | | | | | Page: 4 |

| Commit# : | T26693 | | | MCI NORFOLK | | | |
| Name : | JOHNSON, STEVEN, M, | | Statement From | 20040301 | | | |
| Inst : | MCI NORFOLK | | To | 20040827 | | | |
| Block : | SMU2 | | | | | | |
| Cell/Bed : | 226 /A | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040813 15:03 | IC - Transfer from Inmate to Club A/c | 3237266 | | NOR | ~CARLS JOHNSON~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20040817 13:15 | IC - Transfer from Inmate to Club A/c | 3244796 | | NOR | ~CARL H. JOHNSON~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20040820 13:20 | CI - Transfer from Club to Inmate A/c | 3265380 | | NOR | ~CANTEEN REFUND 7/29~T26693 JOHNSON,STEVEN M PERSONAL~KCN WASH ACCOUNT - Z5 | $2.13 | $0.00 | $0.00 | $0.00 |
| 20040823 10:39 | IC - Transfer from Inmate to Club A/c | 3268770 | | NOR | ~NORFOLK SUPERIOR COURT~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.29 | $0.00 | $0.00 |
| 20040823 10:40 | IC - Transfer from Inmate to Club A/c | 3268784 | | NOR | ~LAW OFFICE OF S.H. ESQ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| | | | | | | $408.61 | $430.03 | $382.28 | $188.12 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $4.67 | $343.73 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $4.67 | $343.73 | $0.00 | $0.00 | $0.00 | $0.00 |




# The Commonwealth of Massachusetts
## Executive Office of Public Safety
### Department of Correction
Massachusetts Correctional Institution Norfolk
2 Clark Street, P.O. Box 43
Norfolk, Massachusetts 02056
Tel: (508)660-5900

www.mass.gov/doc

**Mitt Romney**
*Governor*
**Kerry Healy**
*Lt. Governor*
**Edward Flynn**
*Secretary*

**Kathleen M. Dennehy**
*Commissioner*
**James Bender**
*Acting Deputy Commissioner*
**Luis S. Spencer**
*Superintendent*

TO: STEVEN M. JOHNSON  *T 26693 µc*

FROM: MARSHA A. COLLINS TREASURER

DATE: AUGUST 20, 2004

RE: INMATE ACCOUNT

    Your correspondence to Supt. Spencer concerning your account has been referred to me for reply. I have sent you Inmate Transaction Reports several times to help you identify any issues you had with your account. I am again enclosing the report but this time I have noted your balance after every transaction. Please review this report for any questions on your balance. You can send your concerns directly to my attention.