UNITED STATES DISTRICT COURT
APPLICATION
WRIT OF HABEOUS CORPOUS

STEVEN M.JOHNSON T26693
MCI-NORFOLK
2 Clark St.
NORFOLK MA 02056-0043
UNITED STATES DISTRICT COURT FOR _____DISTRICT
CASE NO.

STEVEN M. JOHNSON
PETITIONER

    v.
KATHLEEN M. DENNEHY
EXCUTIVE OFFICE OF PUBLIC SAFETY
ONE ASHBURN PLACE
BOSTON MASSACHUSETTS 02108

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::
    §                   §                 §

THIS IS FILED under 28 U.S.C. Section 2254 &2255.

In this the Petitioner in this case is being unlawfully held in the receiving Building of MCI-Norfolk on PUNITIVE Punishment for the filing of a Grievance against an Inter Perimeter Security Correctional Officer. Was given a Disciplinary Report after he was intimididated by Three I.P.S. Officers in a closed in room Petitioner recanted and was given adjustment Placement on Adm. Segregation pending Transfer out of the Institution.
Petitioner is being illegally held in Administrative Segregation pending Transfer to another institution for filing of a Lawful Grievance.
Petitioner is additionally being denied the right to Practise his Religion (Native American), while in Segregation Unit at MCI_Norfolk..

Petitioner was threatened on September 9th,2004 by the RB Lt. Harvey that I should stop making waves by filing all these grievances about not being able to get Legal Material and living Conditions in the RB.

Petitioner in this case asks for the immediate release of him being illegally held in the Segregation Unit at MCI-Norfolk
Petitioner asks for the return of his Statutory Good-time Credits that are being denied to him for everyday that he is in the Segregation Unit of the Receiving Building at MCI-Norfolk.
Additionally Petitioner asks for return of his former status for the illegal confinement is an just, what it is illegal and unlawful and retalitory in Nature.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT .
EXCUTED ON September 15,2004

STEVEN M. JOHNSON Pro-Se