UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STEVEN M. JOHNSON,
          Petitioner,

v.　　　　　　　　　　　　　Civil Action No.  04-12087-WGY

KATHLEEN M. DENNEHY,
          Respondent.

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is petitioner's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☒    GRANTED.

G    DENIED for the following reason(s):

SO ORDERED.

10/15/2004　　　　　　　　　s/ William G. Young
DATE　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE