UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| STEVEN JOHNSON | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 04-12087-WGY |
| LUIS SPENCER | ) ) ) | |
| Respondent. | ) ) | |

**RESPONDENT'S MOTION TO DISMISS**

The respondent, Luis Spencer, respectfully moves this Court to dismiss the above-captioned petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on the ground that Steven Johnson, the petitioner, has failed to challenge the constitutionality of his criminal conviction or otherwise raise claims cognizable in habeas. *See Preiser v. Rodriguez*, 411 U.S. 475, 484 (1973); *Johnson v. Moran*, 812 F.2d 23, 24 (1st Cir. 1987) ("'the traditional meaning and purpose of habeas corpus is to effect release from illegal custody'" (quoting *Preiser*, 411 U.S. at 476 n.7)). The respondent relies on the accompanying memorandum of law in support of his motion to dismiss.

WHEREFORE, for the foregoing reasons, the respondent respectfully requests that this Court dismiss this action in its entirety pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6).

                                              Respectfully submitted,

                                              THOMAS F. REILLY
                                              Attorney General

                                              /s/ Eva M. Badway
                                              Eva M. Badway
                                              Assistant Attorney General
                                              Criminal Bureau
                                              One Ashburton Place
                                              Boston, Massachusetts 02108
                                              (617) 727-2200, ext. 2824
Dated: October 25, 2004                      BBO # 635431

## CERTIFICATE OF SERVICE

     I hereby certify that on October 25, 2004, I caused a copy of the above Motion to Dismiss to be served by first-class mail, postage prepaid, upon Steven Johnson, *pro se*, MCI-Norfolk, 2 Clark Street, P.O. Box 43, Norfolk, Massachusetts 02056.

                                              /s/ Eva M. Badway
                                              Eva M. Badway